Entered on Docket
January 27, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company
09-71430

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-11837-bam |
| Ricardo G. Vazquez and Debra L. Vazquez | Date: 1/6/2010<br>Time: 8:30 pm |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor America's Servicing Company, its assignees and/or successors in interest, of the subject property, generally described as 3327 Wild Filly Ln., North Las Vegas, NV 89032

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Eric C. Severino
430 W. First Street
Suite 101
Tempe, AZ 85281
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  _____  The court waived the requirements of LR 9021.
  _____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
  _____  No parties appeared or filed written objections, and the trustee is the movant.
  __x__  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  _____  approved the form of this order          _____  disapproved the form of this order
  _____  waived the right to review the order and/or  __x__  failed to respond to the document
  _____  appeared at the hearing, waived the right to review the order
  _____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  _____  approved the form of this order          _____  disapproved the form of this order
  _____  waived the right to review the order and/or  __x__  failed to respond to the document

  _____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  _____  approved the form of this order          _____  disapproved the form of this order
  _____  waived the right to review the order and/or  _____  failed to respond to the document
  _____  appeared at the hearing, waived the right to review the order
  _____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  _____  approved the form of this order          _____  disapproved the form of this order
  _____  waived the right to review the order and/or  _____  failed to respond to the document

  _____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor